ABRAHAM J. SLURZBERG, PLAINTIFF-PETITIONER, v.
CITY OF BAYONNE, DEFENDANT-RESPONDENT.

*Mr. William Reger* and *Mr. James F. McGovern, Jr.,* for
the petitioner.

*Mr. Frank J. Ziobro* for the respondent.

September 12, 1958.   Granted.

PAUL AMBROSE, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
LEROY CYPHERS, DEFENDANT-RESPONDENT.

See same case below:   50 *N. J. Super.* 329.

*Mr. Fremont D. Donley* and *Messrs. Mead, Gleeson,
Hansen & Pantages* for the petitioners.

*Messrs. Harkavy & Lieb* for the respondent.

September 12, 1958.   Granted.